IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| SHEILA GUY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00034 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Acting Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R & R") of United States Magistrate Judge Joel C. Hoppe [ECF No. 21], recommending that an Order be entered GRANTING the Commissioner's Uncontested Motion to Remand [ECF No. 20], and REMANDING the case for further administrative proceedings. The R & R was filed on April 1, 2014, from which date the parties had fourteen (14) days to file objections. *See* 28 U.S.C. § 636(b)(1)(C) (2013). No objections were filed. Accordingly, it this day **ADJUDGED** and **ORDERED** that the R & R shall be, and hereby is, **ADOPTED** in its entirety. The Motion to Remand is hereby **GRANTED**, and the case is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Commissioner's Motion. Plaintiff's Motion for Summary Judgment/Motion to Remand [ECF No. 15] is **DENIED AS MOOT**.

The Clerk is directed to **DISMISS** this case from the active docket of the Court, and to send a copy of this Order to all counsel of record as well as to Magistrate Judge Hoppe.

ENTERED this 25th day of April, 2014.

                                                        s/Jackson L. Kiser
                                                        SENIOR UNITED STATES DISTRICT JUDGE